AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KADER GAHMAAL BIWAKI EDMOND | ) | Case No. |
| and KUTTINO JAMAL SCOTT, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KUTTINO JAMAL SCOTT                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy and scheme to defraud bank customers using electronic payment systems such as Zelle, in violation of
Title 18, United States Code, Sections 1343 (wire fraud), 1344 (bank fraud), 1349 (conspiracy to commit fraud),
and 371 (conspiracy).

Date:     08/14/2023

Maria E. Garcia     Digitally signed by Maria E. Garcia
Date: 2023.08.14 14:36:39 -04'00'

*Issuing officer's signature*

City and state:     Bridgeport, Connecticut

Hon. Maria E. Garcia, U.S.M.J.
*Printed name and title*

---

### Return

This warrant was received on *(date)*  8/14/2023  , and the person was arrested on *(date)*  8/31/2023
at *(city and state)*  _____ .

Date:  9/15/2023

*Arresting officer's signature*

Christopher Ripeolre  Special Agent
*Printed name and title*